■ MAE PIERCE, Appellant, v. JOSEPH CAPALDI et al., Respondents.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated March 14, 1962, requiring her to perfect the appeal for the May 1962 Term. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ LENA SALTZMAN, Appellant, v. SAMUEL SALTZMAN, Respondent.— Motion by appellant for reargument, or for leave to appeal to the Court of Appeals, or to clarify the order and decision of this court, denied. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ GEORGIA SANDERS, as Administratrix of the Estate of LEILA SANDERS, Deceased, Appellant, v. COUNTY OF NASSAU et al., Defendants, and EDWARD F. FILLER et al., Respondents.— On the call of the calendar, on motion by respondents, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated February 28, 1962, requiring her to perfect the appeal for the May 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ JOHN E. VANDERHOEF, Doing Business as EVERGREEN SERVICE STATION, Appellant-Respondent, v. BADER BROS., INC., Respondent-Appellant.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ADELE MUNTER, Appellant, v. JOHN J. THEOBALD, as Superintendent of Schools of the City of New York, et al., Respondents.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962. Motion by appellant to dispense with printing, granted. The appeal will be heard on a typewritten record and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file two copies of the typewritten record and six copies of her typewritten brief and to serve one copy of each on respondents. The record and appellant's brief must be served and filed on or before August 20, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ALMA L. O'BRIEN, Deceased. BELLE SHEEHAN, Respondent; ELISE WATTS et al., Appellants.— On the call of the calendar, on motion by respondent, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated February 19, 1962, requiring them to perfect the appeal for the May 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ HARRY LITWIN et al., Doing Business as WOODBOURNE LANDSCAPE CO., Respondents, v. GRAND CENTRAL APARTMENTS INC., Appellant.— Motion by respondents for leave to appeal to the Court of Appeals, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.